# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRANDON RINGE

VERSUS

MATTHEW HANISEE AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO.   2019 CW 1348

**FEB 1 8 2020**

---

In Re:   Brandon Ringe, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 667224.

---

**BEFORE:   WELCH, HIGGINBOTHAM, AND HOLDRIDGE, JJ.**

   **WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**,
396 So.2d 878 (La. 1981) (per curiam) are not met.

                              **JEW**
                              **TMH**

   **Holdridge, J.**, concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
    FOR THE COURT